UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Asha Warsame,

        Plaintiff,

                                  ORDER ADOPTING
vs.                           REPORT AND RECOMMENDATION

Abdulaziz Sugule
(AMS Associates Inc.),

        Defendant.         Civ. No. 07-3763 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of December 26, 2007, for failure to pay the $350.00 filing fee, and for lack of prosecution.

DATED: 2/21/08                                                s/Patrick J. Schiltz
                                                                  Patrick J. Schiltz
                                                                  United States District Judge